AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ginsburg, Ruth B. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>05/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Jewish Culture in Sweden | May 3-8, 2019 | Stockholm, Sweden | Recipient of the Gilel Storch Award | transportation, lodging, food |
| 2. | New York City Bar Association | June 11-12, 2019 | New York, NY | Participant in annual RBG lecture program | transportation, lodging, food |
| 3. | New York University School of Law | July 6-13, 2019 | Lisbon, Portugal | Participant in law conference program | transportation, lodging, food |
| 4. | University of Buffalo Law School | August 25-27, 2019 | Buffalo, NY | Participant in conversational program and honorary degree recipient | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Clinton Foundation Presidential Center and Clinton School of Public Service | September 3, 2019 | Little Rock, AR | Participant in Kumpuris Distinguished Lecture Series | transportation, lodging, food |
| 6. | University of Chicago Harris School of Public Policy | September 9-10, 2019 | Chicago, IL | Participant in conversational program and Dean's Award recipient | transportation, lodging, food |
| 7. | Moment Magazine | September 18, 2019 | New York, NY | Participant in conversational program and Human Rights Award recipient | transportation, lodging, food |
| 8. | 92nd Street Y | September 19, 2019 | New York, NY | Participant in conversational program | transportation, lodging, food |
| 9. | Meredith College | September 22-24, 2019 | Raleigh, NC | Participant in conversational program and Woman of Achievement Award recipient | transportation, lodging, food |
| 10. | Amherst College | October 3, 2019 | Amherst, MA | Participant in conversational program | transportation, lodging, food |
| 11. | UC Berkeley School of Law | October 19-22, 2019 | Berkeley, CA | Participant in Herma Hill Kay Memorial Lecture program | transportation, lodging, food |
| 12. | The Berggruen Institute | December 16, 2019 | New York, NY | Recipient of the Berggruen Prize for Philosophy and Culture | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Berggruen Institute | Prize for Philosophy and Culture (donation to various charitable organizations) | $1,000,000.00 |
| 2. | Jewish Culture in Sweden | Gilel Storch Award (donation to various charitable organizations) | $27,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-JP Morgan | | None | M | T | | | | | |
| 2. TIAA CREF Retirement Accounts (H) | | | | | | | | | |
| 3. Columbia University Retirement Plan (H) | | | | | | | | | |
| 4. - TIAA Traditional | E | Interest | O | T | Distributed (part) | 03/28/19 | K | | |
| 5. NJ ABP Pre 1995 403(B) Plan (H) | | | | | | | | | |
| 6. - TIAA Traditional | D | Interest | N | T | Distributed (part) | 03/28/19 | K | | |
| 7. Columbia University Voluntary Retirement (H) | | | | | | | | | |
| 8. - TIAA Traditional | A | Int./Div. | L | T | Distributed (part) | 03/28/19 | J | | |
| 9. - TIAA Real Estate | A | Int./Div. | L | T | Distributed (part) | 03/28/19 | J | | |
| 10. - CREF Stock R3 | A | Int./Div. | L | T | Distributed (part) | 03/28/19 | J | | |
| 11. - CREF Inf Linked Bond R3 | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 12. TIAA CREF IRA #1 (H) | | | | | | | | | |
| 13. - TIAA Traditional | A | Interest | J | T | Distributed (part) | 03/28/19 | J | | |
| 14. - CREF Social Choice R1 | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 15. - TIAA Real Estate | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 16. - CREF Bond Market R1 | A | Interest | J | T | Distributed (part) | 03/28/19 | J | | |
| 17. - CREF Stock R1 | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - TC Social Change EQ Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 19.   - TC Intl EQ Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 20.   - TC Mid Cap Val Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 21.   - TC Lg Cap Val IDX Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 22.   - TC Intl Eq Idx Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 23.   - TC Sm Cap Eq Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 24.   - TC Intl Lnkd Bond Ret | A | Interest | J | T | Distributed (part) | 03/28/19 | J | | |
| 25.   - TC Bond Ret | A | Interest | J | T | Distributed (part) | 03/28/19 | J | | |
| 26.   TIAA IRA # 2 (H) | | | | | | | | | |
| 27.   - TIAA Traditional | A | Interest | J | T | Distributed (part) | 03/28/19 | J | | |
| 28.   - CREF Social Choice R1 | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 29.   - TIAA Real Estate | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 30.   - CREF Bond Market R1 | A | Interest | J | T | Distributed (part) | 03/28/19 | J | | |
| 31.   - CREF Stock R1 | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 32.   - TC Intl EQ Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 33.   - TC Social Change EQ Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 34.   - TC Mid Cap Val Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - TC Lg Cap Val IDX Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 36.   - TC Intl Eq Idx Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 37.   - TC Sm Cap Eq Ret | A | Int./Div. | J | T | Distributed (part) | 03/28/19 | J | | |
| 38.   - TC Infl Lnkd Bond Ret | A | Interest | J | T | Distributed (part) | 03/28/19 | J | | |
| 39.   - TC Bond Ret | A | Interest | J | T | Distributed (part) | 03/28/19 | J | | |
| 40.   Fried Frank Pension (commenced on death of spouse) | E | Distribution | | | Distributed | 03/31/19 | K | | |
| 41.   JP Morgan Equity Income | C | Dividend | M | T | | | | | |
| 42.   JP Morgan Market Expansion | C | Dividend | M | T | | | | | |
| 43.   JP Morgan Investment Cash | A | Interest | K | T | | | | | |
| 44.   JP Morgan Tax Aware Equity | C | Dividend | N | T | | | | | |
| 45.   JP Morgan Strategic Income Opportunity | D | Dividend | M | T | Sold (part) | 12/24/19 | L | A | |
| 46.   JP Morgan Intrepid European Fund | C | Dividend | L | T | Sold (part) | 06/06/19 | K | A | |
| 47. | | | | | Sold (part) | 07/01/19 | K | A | |
| 48. | | | | | Sold (part) | 09/12/19 | K | A | |
| 49.   JP Morgan Equity Focus Fund | C | Dividend | N | T | | | | | |
| 50.   JP Morgan Unconstrained Debt Fund | D | Dividend | M | T | Sold (part) | 01/26/19 | K | A | |
| 51. | | | | | Sold (part) | 12/24/19 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |
| 53. ISHARES Core S&P Mid Cap ETF | C | Dividend | M | T | | | | | |
| 54. ISHARES MSCI EAFE Index Fund | A | Dividend | K | T | Sold<br>(part) | 05/01/19 | K | A | |
| 55. JPM Global Res Enh Index Fund | C | Dividend | | | Sold<br>(part) | 02/25/19 | K | B | |
| 56. | | | | | Sold | 12/24/19 | L | D | |
| 57. DEUTSCHE X-TRACKERSMSCI EAF | B | Dividend | L | T | | | | | |
| 58. DEUTSCHE X-TRACKERS MSCI EUR | B | Dividend | L | T | | | | | |
| 59. ISHARES MSCI JAPAN INDEX FUND | A | Dividend | K | T | | | | | |
| 60. NC ST LTD OBLIG 5.0%, 05/01/20 | C | Interest | L | T | Buy | 06/14/19 | L | | |
| 61. Milwaukee WI Swrage Rev 5%, 6/1/2019 | B | Interest | | | Sold | 06/03/19 | L | A | |
| 62. North Carolina Eastern Muni PWR Agency 4.5%, 1/1/2024 | B | Interest | L | T | | | | | |
| 63. Wichita, KS WTR & SWR Util Rev 5%, 10/1/2024 | B | Interest | L | T | | | | | |
| 64. PA ST Second Series, 5%, 4/15/23 | B | Interest | | | Sold | 04/15/19 | L | A | |
| 65. FL ST Bd of Educ Lottery Rev, 5%, 8/1/18 | B | Interest | L | T | | | | | |
| 66. Loudon Cty VA Eco Dev 5%, 11/12/2015 | B | Interest | K | T | | | | | |
| 67. Montgomery Cnty TN 5%, 4/01/21 | B | Interest | K | T | | | | | |
| 68. WI ST Ureref Ser1, 5%, 05/01/21 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | NC ST CAP IMPR 4%, 5/1/23 | B | Interest | L | T | Buy | 04/18/19 | L | | |
| 70. | Houston TX UtilSys 1st Lien Ser C, 4%, 5/15/17 | B | Interest | K | T | | | | | |
| 71. | Seattle WA Mun iLt& Pwr, Ser B, 5%, 4/1/22 | B | Interest | L | T | | | | | |
| 72. | WA ST Ref Ser R, 5%, 8/1/22 | B | Interest | K | T | | | | | |
| 73. | Laredo TX, Ref Ltd Tax, 5% 2/15/23 | B | Interest | L | T | | | | | |
| 74. | MOSt Hways & Trnst Ser B 5%, 5/1/23 | B | Interest | K | T | | | | | |
| 75. | Pima Cty AZ Sewr 5%, 07/01/23 | B | Interest | L | T | | | | | |
| 76. | Birmingham AL Warrants Ser B, 5%, 03/01/24 | B | Interest | K | T | | | | | |
| 77. | WI ST Trans Rev Ser A 5%, 7/1/2024 | B | Interest | K | T | | | | | |
| 78. | NH ST Ser A 5%, 3/1/25 | B | Interest | L | T | | | | | |
| 79. | Met Govt Nashville & Davidson Cty, 5%, 7/1/25 | B | Interest | K | T | | | | | |
| 80. | N TX ST Muni Wtr Dist 5%, 9/1/26 | B | Interest | L | T | | | | | |
| 81. | MS ST REF SER A 5%, 10/1/26 | B | Interest | K | T | Buy | 01/28/19 | K | | |
| 82. | Dist of Columbia, 5%, 6/1/27 | B | Interest | L | T | | | | | |
| 83. | PA ST Univ Ser B 5.25%,8/15/2027 | B | Interest | K | T | | | | | |
| 84. | IN ST Fin Auth Rev Ser A Green 5%, 2/1/2028 | B | Interest | K | T | | | | | |
| 85. | MD ST Dept Trans, 5%, 5/1/2028 | B | Interest | L | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | NY City NY Muni Wtr Fina, 5%, 6/15/28 | B | Interest | L | T | | | | | |
| 87. | NY ST Dorm Auth Persnl Inc Tax 5%, 2/15/29 | B | Interest | K | T | | | | | |
| 88. | Baird short term Muni Bd Fd Inst | A | Interest | J | T | Buy | 09/25/19 | J | | |
| 89. | Bernstein Diversified Muni Portfolio Fund | B | Int./Div. | | | Sold (part) | 04/22/19 | L | A | |
| 90. | | | | | | Sold | 09/16/19 | J | A | |
| 91. | Calvert US Large Cap Core Responsible Index FD | C | Dividend | N | T | Buy | 01/04/19 | J | | |
| 92. | | | | | | Buy (add'l) | 04/22/19 | L | | |
| 93. | | | | | | Buy (add'l) | 05/06/19 | K | | |
| 94. | Calvert Mid Cap | A | Dividend | | | Buy | 04/22/19 | K | | |
| 95. | | | | | | Sold | 06/03/19 | K | A | |
| 96. | DFA US Sustainability Core Port | B | Dividend | | | Sold | 04/22/19 | M | E | |
| 97. | DFA US Social Core Equity 2 | B | Dividend | | | Sold | 04/22/19 | L | E | |
| 98. | DFA Emerging Markets Social Core Equity | A | Dividend | K | T | | | | | |
| 99. | DFA Intl Social Core Equity | B | Dividend | K | T | Sold (part) | 04/22/19 | K | C | |
| 100. | Mainstay Mackay Tax Free Bond Fund FREE | B | Interest | M | T | Buy | 04/22/19 | M | | |
| 101. | Wells Fargo Muni Bond Fd Inst | C | Interest | M | T | Buy | 04/22/19 | M | | |
| 102. | Nuveen High Yield Muni Bond | B | Interest | | | Sold | 05/06/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pimco Emerging Local Bond | B | Int./Div. | | | Sold (part) | 04/01/19 | J | A | |
| 104. | | | | | Sold | 04/22/19 | K | A | |
| 105. T Rowe Price Summit Muni Intermediate | B | Int./Div. | | | Sold | 04/22/19 | L | A | |
| 106. Thornberg Intermed Muni Natl Inst | B | Int./Div. | | | Sold (part) | 04/01/19 | K | A | |
| 107. | | | | | Sold | 04/22/19 | K | A | |
| 108. Wells Fargo Ultra Short Term Muni Income | A | Int./Div. | | | Sold | 04/22/19 | L | A | |
| 109. ISHARES TR Russell Mid Cap Value ETF | B | Dividend | L | T | Buy | 04/22/19 | L | | |
| 110. ISHARES TR Russell Mid Cap Growth | A | Dividend | K | T | Buy (add'l) | 06/03/19 | J | | |
| 111. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 112. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 113. | | | | | Sold (part) | 04/22/19 | K | D | |
| 114. ISHARES TR Russell 2000 Value | A | Dividend | J | T | Sold (part) | 04/22/19 | K | C | |
| 115. ISHARES TR Russell 2000 Growth | A | Dividend | J | T | Buy | 05/06/19 | K | | |
| 116. | | | | | Sold (part) | 05/22/19 | J | A | |
| 117. ISHARES TR MSCI EAFE Small Cap | B | Dividend | K | T | Sold (part) | 04/22/19 | K | B | |
| 118. ISHARES TR Core MSCI EAFE | B | Dividend | L | T | Buy | 04/23/19 | K | | |
| 119. | | | | | Buy (add'l) | 04/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 121. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 122.  ISHARES TR MSCI Emerging Mkts | A | Dividend | K | T | Buy | 04/22/19 | K | | |
| 123. | | | | | Sold (part) | 05/22/19 | K | A | |
| 124. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 125. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 126. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 127. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 128. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 129.  SPDR SER TR Dow Jones REIT | A | Dividend | | | Sold | 04/22/19 | K | A | |
| 130.  TIAA Investment Cash | A | Interest | J | T | | | | | |
| 131.  TIAA Checking Cash Account | A | Interest | K | T | | | | | |
| 132. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, lines 1-2. See attached letters from the Berggruen Institute and Jewish Culture in Sweden that the award proceeds were donated to various charitable organizations.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544